05-CV-05421-ORD

Tracy Antley-Olander, WSBA #15272
LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 3300
Seattle, WA 98104-4002
Phone: (206) 515-4800

Attorneys for Defendant
Marzocchi USA, Incorporated

Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

AUG - 7 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH LUNDINE,

    Plaintiff,

v.

MARZOCCHI USA, INC., a foreign corporation, and MARZOCCHI S.P.A., an alien corporation, and MARZOCCHI ASIA, an alien corporation,

    Defendants.

NO. C05-05421-RBL

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MARZOCCHI ASIA ONLY**

**(Clerk's Action Required)**

    COME NOW the plaintiff and defendants, by and through their attorneys of record, and stipulate to dismissing all claims against defendant MARZOCCHI ASIA ONLY with prejudice and without costs.

    DATED this 4th day of August, 2006.

LAW OFFICE OF WILLIAM J. O'BRIEN

By: _____
Tracy Antley-Olander, WSBA #15272
Attorney for Def. Marzocchi USA Inc.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT MARZOCCHI ASIA - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 515-4800/ Fax: (206)515-4848

1  DATED this _____ day of _____, 2006.

2  MESSINA BULZOMI

4  By: _____
    Stephen L. Bulzomi, WSBA #15187
5   Attorney for Plaintiff Joseph Lundine

## ORDER

THIS MATTER having come before the Court upon the parties' stipulation to dismiss this case with prejudice, it is hereby ORDERED that all claims against defendant MARZOCCHI ASIA <u>ONLY</u> be dismissed with prejudice and without costs, and it is further ORDERED that MARZOCCHI ASIA is not an "entity" within the meaning of RCW 4.22.015 whose "fault" within the meaning of RCW 4.22.015 proximately caused injury to plaintiff.

DONE IN OPEN COURT this 7th day of August, 2006

_____
JUDGE RONALD B. LEIGHTON

Presented by:

LAW OFFICE OF WILLIAM J. O'BRIEN

By: _____
Tracy Antley-Olander, WSBA #15272
Attorney for Def. Marzocchi USA Inc

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT MARZOCCHI ASIA - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 515-4800/ Fax: (206)515-4848

1  Approved as to Form; Notice of
   Presentation Waived:
2
3  MESSINA BULZOMI

4  By: _____
5  Stephen L. Bulzomi, WSBA #15187
   Attorney for Plaintiff Joseph Lundine
6
              DECLARATION OF SERVICE
7  I declare under penalty of perjury of the laws of the state of Washington that on
8  ____August 9____, 2006 I caused to be served in the manner indicated a true
   and accurate copy of the foregoing *Stipulation and Order of Dismissal of Defendant
9  Marzocchi Asia* upon the following:

10 Stephen L. Bulzomi                ☐ By Legal Messenger
   Messina Bulzomi                   ☒ By ECF
11 5316 Orchard St. W.               ☐ By Mail
   Tacoma, WA  98467                 ☐ By Facsimile
12
   ORIGINAL                          ☐ By Legal Messenger
13 U.S. District Court for the       ☒ By ECF
   Western District of Washington    ☐ By DHL Overnight Delivery
14 1717 Pacific Ave., Room 3100      ☐ By Facsimile (360) 782-4358
   Tacoma, WA  98401
15

16 LAW OFFICE OF WILLIAM J. O'BRIEN

17
18 _____
   Tracy Antley-Olander
19
20
21
22
23
24
25

STIPULATION AND ORDER OF DISMISSAL          LAW OFFICE OF WILLIAM J. O'BRIEN
OF DEFENDANT MARZOCCHI ASIA - 3                  999 Third Avenue, Suite 3300
                                                    Seattle, WA 98104
                                       Telephone: (206) 515-4800/ Fax: (206)515-4848