HON. RONALD LEIGHTON

05-CV-05421-ORD

FILED _____ LODGED
_____ RECEIVED
SEP 13 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH LUNDINE,<br><br>        Plaintiff,<br><br>vs.<br><br>MARZOCCHI USA, INCORPORATED, a foreign corporation; MARZOCCHI S.p.A., an alien corporation; and MARZOCCHI ASIA, an alien corporation,<br><br>        Defendants. | No. 3:05-CV-5421<br><br>[~~PROPOSED~~] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT KATHRYN REID |

COMES NOW the plaintiff upon defendants' motion to exclude plaintiff's expert, Kathryn Reid.

The Court has reviewed the pleadings and other documents on file in this matter, including Defendants' Motion to Exclude Plaintiff Expert Kathryn Reid, defendants' Certification of FRCP 37(A)(2)(a) Discovery Conference, the Declaration of Tracey Antley-Olander in Support of Defendants' Motion of Exclude Plaintiff Expert Witness Kathryn Reid, Plaintiff's Opposition to Defendants' Motion to Exclude Plaintiff Expert

PROPOSED ORDER-1.

MESSINA BULZOMI CHRISTENSEN
5316 Orchard Street West
Tacoma, WA 98467-3633
(253) 472-6000

1  Kathryn Reid, Declaration of Jeremy A. Johnston in Support of
2  Plaintiff's Opposition to Defendants' Motion to Exclude
3  Plaintiff Expert Kathryn Reid, and defendants' reply, if any,
4  and being fully informed, now, therefore, it is hereby
5  ORDERED that Defendants' Motion to Exclude Plaintiff
6  Expert Kathryn Reid is DENIED
7  DONE IN OPEN COURT this 13th day of September, 2006.

RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE

Presented by:
MESSINA BULZOMI CHRISTENSEN

By
STEPHEN L. BULZOMI   15787
JEREMY A. JOHNSTON   34149
Attorneys for Plaintiff

PROPOSED ORDER-2.

MESSINA BULZOMI CHRISTENSEN
5316 Orchard Street West
Tacoma, WA 98467-3833
(253) 472-6000